1  ALLAN E. ANDERSON (SBN 133672)
   TIMOTHY L. SKELTON (SBN 200432)
2  KOLLIN J. ZIMMERMANN (SBN 273092)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  515 South Flower Street, Suite 1100
   Los Angeles, CA  90071-2213
4  Telephone:  (213) 312-2000
   Facsimile:  (213) 312-2001
5  Email:      aanderson@rmkb.com
               tskelton@rmkb.com
6
7  Attorneys for Defendant
   AMAZON.COM, INC.

8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10

11 SUSAN NICHOLSON HOFHEINZ, an    Case No.  CV12-09306 DSF (MANx)
   Individual,
12                                 **NOTICE OF RELATED CASES**
              Plaintiff,
13                                 Judge:       Dale S. Fischer
   v.                              Magistrate:  Margaret A. Nagle
14
   CAFE PRESS, INC., a California
15 corporation, et al.,

16            Defendants.

17

18        Plaintiff Hofheinz has filed three complaints in the United States District

19 Court, Central District of California which are sufficiently related to be transferred

20 to the same judge pursuant to Local Rule 83-1.3.  The cases are:

21        1.  Hofheinz v. Café Press, Inc., et al. (Case No. CV12-09306)

22        2.  Hofheinz v. Everett Collection, Inc., et al. (Case No. CV12-09310)

23        3.  Hofheinz v. Stein, et al. (Case No. CV12-09312)

24 A copy of each complaint is attached to the declaration of Kollin J. Zimmermann,

25 filed concurrently.  (Zimmermann Decl., Exhs. A, B, and C.)

26        Local Rule 83-1.3.1 outlines four factors to be considered in determining

27 whether to deem cases related:

28        If the cases appear:

RC1/6773082.1/PF1                                          NOTICE OF RELATED CASES

1  (a) To arise from the same or a closely related transaction, happening or
2  event; or
3  (b) To call for determination of the same or substantially related or similar
4  questions of law and fact; or
5  (c) For other reasons would entail substantial duplication of labor if heard by
6  different judges; or
7  (d) To involve the same patent, trademark or copyright, and one of the factors
8  identified above in a, b or c is present.

An examination of the complaints reveals that the factual allegations and the legal issues are extremely similar, if not identical, in each case. And the three cases involve the same trademarks and copyrights. The following is an outline of the key points in each complaint:

1. **<u>Hofheinz v. Café Press, Inc.</u>**
    a. **Defendants:**
        1) Café Press, Inc.
        2) Metaverse Corporation
        3) Zazzle, Inc.
        4) SpreadShirt, Inc.
        5) Ames Bros, Inc.
        6) Amazon.com, Inc.
    b. **Claims:**
        1) Copyright Infringement
        2) Vicarious and/or Contributory Copyright Infringement
        3) Violations of Lanham Act (15 USC 1125)
        4) State Trade Dress Infringement
        5) State Trademark Infringement
        6) State Unfair Competition
    c. **IP Allegedly Infringed:**
        1) "Marketing materials" for the following films:
            1. Invasion of the Saucer-Men
            2. I was a Teenage Frankenstein
            3. I was a Teenage werewolf
            4. It Conquered the World
            5. The Amazing Colossal Man
            6. Terror from the Year 5000

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

2. **Hofheinz v. Everett Collection, Inc.**
   a. **Defendants:**
      1) Everett Collection, Inc.
      2) Library Images
      3) Melany Shapiro
      4) Penny Silver
      5) Chic on a Budget
      6) MG Photo
      7) Pop Culture Graphics, Inc.
      8) Poster Revolution
      9) Red Tag, Inc.
      10) Poster Junction
      11) Icon Media Holdings, LLC
      12) CSS Industries, Inc.
      13) Punt Dog Posters
      14) Wild Bill's Nostalgia
      15) Ch Artwork
      16) Fine Art America
      17) Media Storehouse US
      18) The Granger Collection, LTD.
      19) Amazon.com, Inc.
   b. **Claims:**
      1) Copyright Infringement
      2) Vicarious and/or Contributory Copyright Infringement
      3) Violations of Lanham Act (15 USC 1125)
      4) State Trade Dress Infringement
      5) State Trademark Infringement
      6) State Unfair Competition
   c. **IP Allegedly Infringed:**
      1) "Marketing materials" for the following films:
         1. Invasion of the Saucer-Men
         2. I was a Teenage Frankenstein
         3. I was a Teenage werewolf
         4. It Conquered the World
         5. The Amazing Colossal Man
         6. Terror from the Year 5000

3. **Hofheinz v. Stein**
   a. **Defendants:**
      1) Harlene Stein (DBA Perma Productions)
      2) Amazon.com, Inc.

**b. Claims (against all defendants):**
1) Copyright Infringement
2) Vicarious and/or Contributory Copyright Infringement
3) Violations of Lanham Act (15 USC 1125)
4) State Trade Dress Infringement
5) State Trademark Infringement
6) State Unfair Competition

**c. IP Allegedly Infringed:**
1) The music, lyrics, and songs of the films *Invasion of the Saucer-Men* and *It Conquered the World.*
2) "Marketing materials" for these two films.

Proceeding with these cases would force Amazon.com to defend itself against essentially the same factual and legal allegations in three separate lawsuits before three separate judges. This would not only be an inefficient use of judicial resources, but it would also create the potential for variance in judicial rulings.

Amazon.com respectfully requests that these three cases be deemed related, so they can be transferred and heard before one judge.

Dated: January 16, 2013

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Kollin J. Zimmermann*
ALLAN E. ANDERSON
TIMOTHY L. SKELTON
KOLLIN J. ZIMMERMANN
Attorneys for Defendant
AMAZON.COM, INC.