1  GREENBERG TAURIG, LLP
IAN C. BALLON (SBN 141819)
2  WENDY M. MANTELL (SBN 225544)
LORI CHANG (SBN 228142)
3  1840 Century Park East, Suite 1900
4  Los Angeles, California 90067
Telephone: (310) 586-7700
5  Facsimile:  (310) 586-7800
6  Email:  ballon@gtlaw.com; mantellw@gtlaw.com, changl@gtlaw.com
7
Attorneys for defendant,
8  CAFEPRESS INC.

9
DONIGER / BURROUGHS, APC
10  STEPHEN M. DONIGER (SBN 179314)
SCOTT A. BURROUGHS (SBN 235718)
11  ANNIE ABOULIAN (SBN 280693)
300 Corporate Pointe, Suite 355
12  Culver City, California 90230
Telephone: (310) 590-1820
13  Facsimile: (310) 417-3538
14  Email: stephen@donigerlawfirm.com,
scott@donigerlawfirm.com, annie@donigerlawfirm.com
15
Attorneys for plaintiff,
16  SUSAN NICHOLSON HOFHEINZ

17
18
## UNITED STATES DISTRICT COURT
19
## CENTRAL DISTRICT OF CALIFORNIA
20
21
| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, an individual, | CASE NO. CV12-09306 DSF (MAN) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | DATE ACTION FILED: October 30, 2012 |
| CAFEPRESS INC., a Delaware Corporation, et al. | |
| Defendant(s). | |

NOTICE OF SETTLEMENT

**TO THE COURT AND ALL PARTIES IN THIS ACTION:**

PLEASE TAKE NOTICE that plaintiff Susan Nicholson Hofheinz and defendant CafePress Inc. ("CafePress") have entered into a settlement of the above-captioned matter and are currently in the process of documenting the settlement that they anticipate executing within the next week. The parties anticipate filing a stipulation for dismissal with prejudice dismissing CafePress from the lawsuit. Plaintiff has agreed not to seek a default against CafePress during this time.

DATED: January 22, 2013            GREENBERG TRAURIG LLP


                                   By: */s/ Wendy M. Mantell*
                                       Wendy M. Mantell
                                   Attorneys for defendant
                                   CAFEPRESS INC.

DATED: January 22, 2013            DONIGER / BURROUGHS APC


                                   By: */s/ Scott A. Burroughs*
                                       Scott A. Burroughs
                                   Attorneys for plaintiff
                                   SUSAN NICHOLSON HOFHEINZ