Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CAFÉ PRESS, INC., *et al.*,<br><br>Defendants. | Case No.: CV12-09306 DSF (MANx)<br>*The Honorable Dale S. Fischer Presiding*<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. § 41** |

///

///

///

1

PLAINTIFF'S NOTICE OF DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Susan Nicholson Hofheinz hereby dismisses, with prejudice, the following defendant from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i):

- SPREADSHIRT, INC., a Pennsylvania Corporation, individually and doing business as "WWW.SPREADSHIRT.COM" and "WWW.ROBOTMONKEYPIRATE.SPREADSHIRT.COM".

Respectfully submitted,

DONIGER / BURROUGHS

Date: February 14, 2013            By:   /s/ Scott A. Burroughs
                                         Scott A. Burroughs, Esq.
                                         Attorneys for Plaintiff

2