Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Attorneys for Plaintiff
SUSAN NICHOLSON HOFHEINZ

Jonathan C. Stevens, Esq. (SBN 138211)
LAW OFFICE OF JONATHAN C. STEVENS
3020 Old Ranch Pkwy Ste 300
Seal Beach, CA 90740
Telephone: (562) 799-5556
Facsimile:  (888) 317-0304
Attorneys for Defendant
AMES BROS., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CAFEPRESS, INC., a California Corporation, individually and doing business as "WWW.CAFEPRESS.COM"; *et al.*,<br><br>Defendants. | Case No.: CV12-09306 DSF (MANx)<br>*The Honorable Dale S. Fischer Presiding*<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff SUSAN NICHOLSON HOFHEINZ and Defendant AMES BROS, INC., a Washington Corporation, individually and doing business as "WWW.AMESBROS.COM" (collectively, "Ames Bros.") have entered into a complete settlement of the above-captioned matter and are currently in the process of documenting the settlement that they anticipate executing within the next week. The parties further anticipate filing a Notice of Dismissal dismissing Ames Bros. from this action immediately following execution of the final settlement agreement. Plaintiff has agreed not to seek a default against Ames Bros. during this time.

Dated: February 28, 2013

Respectfully submitted,

| | |
|---|---|
| DONIGER BURROUGHS APC | LAW OFFICE OF JONATHAN C. STEVENS |
| By: /s/ Scott A. Burroughs | |
| Stephen M. Doniger (SBN 179314) | By: /s/ Jonathan C. Stevens |
| Scott A. Burroughs (SBN 235718) | Jonathan C. Stevens, Esq. (SBN 138211) |
| Trevor W. Barrett (SBN 287174) | LAW OFFICE OF JONATHAN C. STEVENS |
| 300 Corporate Point Suite 355 | 3020 Old Ranch Pkwy Ste 300 |
| Culver City, CA 90230 | Seal Beach, CA 90740 |
| Tel: (310) 590-1820 | Telephone: (562) 799-5556 |
| Facsimile: (310) 417-3538 | Facsimile:  (888) 317-0304 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| SUSAN NICHOLSON HOFHEINZ | AMES BROS, INC., a Washington Corporation, individually and doing business as "WWW.AMESBROS.COM" |