Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Attorneys for Plaintiff
SUSAN NICHOLSON HOFHEINZ

John L. Slafsky, (SBN 195513)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050 Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Attorneys for Defendant
ZAZZLE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CAFEPRESS, INC., a California Corporation, individually and doing business as "WWW.CAFEPRESS.COM"; *et al.*,<br><br>Defendants. | Case No.: CV12-09306 DSF (MANx)<br>*The Honorable Dale S. Fischer Presiding*<br><br>**NOTICE OF SETTLEMENT** |

1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff SUSAN NICHOLSON HOFHEINZ and Defendant ZAZZLE, INC., a California Corporation, individually and doing business as "WWW.ZAZZLE.COM" (collectively, "Zazzle") have entered into a complete settlement of the above-captioned matter and are currently in the process of documenting the settlement that they anticipate executing within the next week. The parties further anticipate filing a Notice of Dismissal dismissing Zazzle from this action immediately following execution of the final settlement agreement. Plaintiff has agreed not to seek a default against Zazzle during this time.

Dated: February 28, 2013

Respectfully submitted,

| | |
|---|---|
| DONIGER BURROUGHS APC | WILSON SONSINI GOODRICH & ROSATI Professional Corporation |
| By: /s/ Scott A. Burroughs | |
| Stephen M. Doniger (SBN 179314) | By: /s/ John L. Slafsky |
| Scott A. Burroughs (SBN 235718) | John L. Slafsky, (SBN 195513) |
| Trevor W. Barrett (SBN 287174) | 650 Page Mill Road |
| 300 Corporate Point Suite 355 | Palo Alto, California 94304-1050 |
| Culver City, CA 90230 | Telephone: (650) 493-9300 |
| Tel: (310) 590-1820 | Facsimile: (650) 493-6811 |
| Facsimile: (310) 417-3538 | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | ZAZZLE, INC. |
| SUSAN NICHOLSON HOFHEINZ | |