Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CAFÉ PRESS, INC., *et al*.,<br><br>Defendants. | Case No.: CV12-09306 DSF (MANx)<br><u>Honorable Dale S. Fischer Presiding</u><br><br>**STIPULATION TO DISMISS A CERTAIN PARTY FROM ACTION**<br><br>*[[Proposed Order] Filed Concurrently Herewith]* |

///

///

///

- 1 -

STIPULATION TO DISMISS

IT IS HEREBY AGREED UPON BETWEEN AND STIPULATED by the parties to this stipulation as follows:

A. CAFE PRESS, INC., a California Corporation, individually and doing business as "WWW.CAFEPRESS.COM" ("CAFE PRESS") is dismissed with prejudice from this action pursuant to the terms of the settlement agreement entered into by Plaintiff and CAFE PRESS; and

B. The parties to this stipulation will each bear their own costs and fees as incurred against one another in connection with this action.

SO STIPULATED.

Date: July 15, 2013   By: /s/ Scott A. Burroughs
                         Scott A. Burroughs, Esq.
                         DONIGER / BURROUGHS APC
                         Attorneys for Plaintiff

Date: July 15, 2013   By: /s/ Wendy M. Mantell
                         Wendy M. Mantell, Esq.
                         Ian C. Ballon, Esq.
                         GREENBERG TRAURIG
                         Attorneys for Defendant
                         CAFE PRESS, INC.