Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, an Individual,<br><br>Plaintiff,<br>     v.<br><br>CAFÉ PRESS, INC., *et al.*,<br><br>Defendants. | Case No.: CV12-09306 DSF (MANx)<br><u>Honorable Dale S. Fischer Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS PARTY FROM ACTION** |

///

///

///

- 1 -

PROPOSED ORDER ON STIPULATION TO DISMISS

**[PROPOSED] ORDER**:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A. CAFE PRESS, INC., a California Corporation, individually and doing business as "WWW.CAFEPRESS.COM" ("CAFE PRESS") is dismissed with prejudice from this action pursuant to the terms of the settlement agreement entered into by Plaintiff and CAFE PRESS; and

B. The parties to this stipulation will each bear their own costs and fees as incurred against one another in connection with this action.

SO ORDERED.

Date: 7/15/13 , 2013    By: _____
       HONORABLE DALE S. FISCHER