Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> CAFÉ PRESS, INC., a California Corporation, individually and doing business as "WWW.CAFEPRESS.COM"; *et al.*, <br><br> Defendants. | Case No.: CV12-09306  DSF (MANx) <br><br> **NOTICE OF SETTLEMENT** |

*TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff, Susan Nicholson Hofheinz and Defendant Amazon.com, Inc. have reached a settlement of the above-captioned matter. They are currently finalizing the settlement paperwork and will then discharge their obligations thereunder. The parties anticipate being able to file a dismissal of this action on or before May 22, 2014.

                           Respectfully submitted,

                           DONIGER /BURROUGHS

Dated: May 1, 2014         By:    /s/ Scott A. Burroughs
                                            Scott A. Burroughs, Esq.
                                            Trevor W. Barrett, Esq.
                                            Attorneys for Plaintiff